

| | |
|---|---|
| Book | Policy Manual |
| Section | 0000 Bylaws |
| Title | PUBLIC PARTICIPATION AT BOARD MEETINGS |
| Code | po0169.1 |
| Status | Active |
| Legal | R.C. 3313.20 |
| Adopted | February 11, 2013 |
| Last Revised | December 10, 2018 |

0169.1 - **PUBLIC PARTICIPATION AT BOARD MEETINGS**

The Board of Education recognizes the value to school governance of public comment on educational issues and the importance of allowing members of the public to express themselves on school matters of community interest. The Board offers public participation in accordance with the procedures below. The Board applies these procedures to all speakers and does not discriminate based on the identity of the speaker, content of the speech, or viewpoint of the speaker.

In order to permit the fair and orderly expression of such comment, the Board shall provide a period for public participation at every regular meeting of the Board and publish rules to govern such participation in Board meetings.

The presiding officer of each Board meeting at which public participation is permitted shall administer the rules of the Board for its conduct.

The presiding officer shall be guided by the following rules:

A. Public participation shall be permitted as indicated on the order of business.

B. Attendees are encouraged to register their intention to participate in the public portion of the meeting upon their arrival at the meeting.

C. Participants must be recognized by the presiding officer and will be requested to preface their comments by an announcement of their name, address, and group affiliation, if and when appropriate.

D. Each statement made by a participant shall be limited to their (3) minutes duration unless extended by the presiding officer.

E. No participant may speak more than once on the same topic.

F. All statements shall be directed to the presiding officer; no person may address or question Board members individually.

G. Audio or video recordings are permitted. The person operating the recorder should contact the Superintendent prior to the Board meeting to review possible placement of the equipment, and must agree to abide by the following conditions:

   1. No obstructions are created between the Board and the audience.

   2. No interviews are conducted in the meeting room while the Board is in session.

   3. No equipment or operators are positioned that would distract either the Board or members of the audience while the Board is in session as determined by the presiding officer.

H. To protect employee's rights, the Board does not hear complaints about specific employees in public session.

Participants must be residents of the District, or be the resident's designee and be introduced as such, and have a legitimate interest in the action of the Board. The Board may also recognize representatives of firms eligible to bid on materials or services solicited by the Board. The Board may also recognize any employee or student of the District except when the issue addressed by the participant is subject to remediation under Board policies or negotiated agreements.

The presiding officer may:

A. interrupt, warn, or terminate a participant's statement when the statement is too lengthy, personally directed, abusive, obscene, or irrelevant;

B. request any individual to leave the meeting when that person does not observe reasonable decorum or is disruptive to the conduct of the meeting;

C. request the assistance of law enforcement officers in the removal of a disorderly person when that person's conduct interferes with the orderly progress of the meeting;

D. call for a recess or an adjournment to another time when the lack of public decorum so interferes with the orderly conduct of the meeting as to warrant such action.

The portion of the meeting during which the participation of the public is invited will be at the discretion of the Board.

All those wishing to address the Board within the time limits prescribed will be heard before the Board responds. The presiding officer or members of the Board may respond immediately to questions or comments as appropriate or may instruct the Superintendent or Treasurer to research the topic further and report back to the Board and speaker.

Revised 5/21/18

© **Neola 2018**