AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| Brian Oswald<br>*Plaintiff*<br>v.<br>Lakota Local School Board<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No.  1:21-cv-681

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lakota Local School District Board of Education

Date: _____11/12/2021_____

_____
*Attorney's signature*

R. Gary Winters (0018680)
*Printed name and bar number*

McCaslin, Imbus & McCaslin
600 Vine Street, Suite 800
Cincinnati, Ohio 45202

_____
*Address*

rgwinters@mimlaw.com
*E-mail address*

(513) 421-4646
*Telephone number*

(513) 421-7929
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically on November 12, 2021, using the Court's CM/ECF system, which will serve all parties and counsel of record who have appeared and constitutes service by rule. A copy of this filing was also sent via e-mail to Plaintiff's counsel:

Bradley M. Kraemer, Esq.
Caparella-Kraemer & Assoc.
bradley@cklawoh.com

/s/ **Ian R. Smith**
Ian R. Smith   0068195

1