AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| Brian Oswald | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-681 |
| Lakota Local School Board | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lakota Local School District Board of Education

Date: 11/12/2021

*Attorney's signature*

Ian R. Smith (0068195
*Printed name and bar number*

McCaslin, Imbus & McCaslin
600 Vine Street, Suite 800
Cincinnati, Ohio 45202

*Address*

irsmith@mimlaw.com
*E-mail address*

(513) 421-4646
*Telephone number*

(513) 421-7929
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically on November 12, 2021, using the Court's CM/ECF system, which will serve all parties and counsel of record who have appeared and constitutes service by rule. A copy of this filing was also sent via e-mail to Plaintiff's counsel:

Bradley M. Kraemer, Esq.
Caparella-Kraemer & Assoc.
bradley@cklawoh.com


/s/ Ian R. Smith
Ian R. Smith   0068195