THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Brian Oswald

        v.

Lakota Local School Board

Case No.  1:21-cv-681

Judge:  Douglas R. Cole

Corporate Disclosure Statement

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Lakota Local School District Board of Education                                                              .

1.    Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

      ___ YES      ✓ NO

If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

_____

_____

2.    Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

      ___ YES      ✓ NO

If the answer is YES, list the identity of such corporation and the nature of the financial interest.

_____

_____

Signature of Counsel

11/12/201

Date

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically on November 12, 2021, using the Court's CM/ECF system, which will serve all parties and counsel of record who have appeared and constitutes service by rule. A copy of this filing was also sent via e-mail to Plaintiff's counsel:

Bradley M. Kraemer, Esq.
Caparella-Kraemer & Assoc.
bradley@cklawoh.com

/s/ **Ian R. Smith**
Ian R. Smith   0068195

1