UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **BRIAN OSWALD** | : | **Case Number:** 1:21-cv-681-DRC |
| Plaintiff, | : | **Judge Cole** |
| -vs- | : | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF COUNT II OF THE COMPLAINT** |
| **LAKOTA LOCAL SCHOOL BOARD** | : | |
| Defendant. | : | |

Now comes Plaintiff, Brian Oswald, by and through undersigned counsel, and voluntarily dismisses Count II of Plaintiff's Complaint, with prejudice, against Defendant, Lakota Local School Board, pursuant to Civ. R. 41.

Respectfully submitted,

/s/ Bradley M. Kraemer
Bradley M. Kraemer (0070329)
Briana L. Morris (0098848)
CAPARELLA-KRAEMER & ASSOCIATES, LLC
4841-A Rialto Road
West Chester, Ohio 45069
T: (513) 942-7222
F: (513) 942-6444
bradley@cklawoh.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed electronically on January 20, 2022, using the Court's CM/ECF system, which will serve all parties and counsel of record who have appeared and constitutes service by rule.

/s/ Bradley M. Kraemer
Bradley M. Kraemer (0070329)